David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy, Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com

Attorney for Plaintiff
*Reginald Rascon*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD RASCON,<br><br>    Plaintiff(s),<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC,<br><br>    Defendant(s). | Case No.: 2:21-cv-02225-APG-VCF<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TRANS UNION, LLC TO ANSWER COMPLAINT**<br><br>**(First Request)** |

Trans Union LLC's ("Trans Union") response to Plaintiff's Complaint is January 18, 2022. Plaintiff's counsel has been in communication with Trans Union LLC's general counsel (not licensed in Nevada) and Trans Union has requested, and Plaintiff has agreed, that Trans Union shall have up to and including February 18, 2022 to respond to Plaintiff's Complaint. The purpose of the extension it to provide time for Trans Union to investigate Plaintiff's allegations, discuss potential early resolution, and

-1-

retain counsel licensed to practice in Nevada.  This is the first request for an extension and is made in good faith and not for purposes of delay.  Equifax Information Services, LLC is requesting a similar extension of time to respond to Plaintiff's Complaint and will not be prejudiced.

Dated: January 13, 2022.

*/s/ Shawn W. Miller*
David H. Krieger, Esq.
Shawn W. Miller, Esq.
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy., Suite 200
Henderson, Nevada 89052
***Attorneys for Plaintiff***

## ORDER GRANTING EXTENSION OF TIME

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 1-24-2022

-2-