David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No.  7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy, Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com

Attorney for Plaintiff
*Reginald Rascon*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD RASCON,<br><br>                  Plaintiff(s),<br><br>     vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC,<br><br>                  Defendant(s). | Case No.: 2:21-cv-02225-APG-VCF<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TRANS UNION, LLC TO ANSWER COMPLAINT**<br><br>**(Second Request)** |

Trans Union LLC's ("Trans Union") response to Plaintiff's Complaint is currently due on February 18, 2022.  Plaintiff's counsel has been in communication with Trans Union's general counsel (not licensed in Nevada) and Trans Union has requested, and Plaintiff has agreed, that Trans Union shall have up to and including March 18, 2022 to respond to Plaintiff's Complaint.  The Parties have made substantial progress towards resolving this matter and expect it will be settled within ten days.

Additionally, Trans Union needs time to obtain records, and fully investigate Plaintiff's allegations, and if necessary, retain counsel licensed to practice in Nevada. This is the second request for an extension and is made in good faith and not for purposes of delay.

Dated: February 17, 2022.

*/s/ Shawn W. Miller*
David H. Krieger, Esq.
Shawn W. Miller, Esq.
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy., Suite 200
Henderson, Nevada 89052
**Attorneys for Plaintiff**

**ORDER GRANTING EXTENSION OF TIME**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

2-22-22
Dated: _____